IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL NO. 3:21-CR-00216-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GLENN PAIR, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's "Application[s] for Admission to Practice Pro Hac Vice [for Devin Rafus and Manubir Arora]" (Doc. 17 and 18) filed on December 26, 2021. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: December 28, 2021

_____
David S. Cayer
United States Magistrate Judge